**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ 2nd _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Regina G. Remicci    JOINT DEBTOR: _____    CASE NO.: 17-17016-AJC
Last Four Digits of SS# 1067    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 1,473.77  for months  1  to  59 ;
B.   $ 2,716.31  for months  60  to  60 ;
C.   $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0.00    TOTAL PAID $ 0.00 _____
Balance Due    $ 0.00   payable $ _____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Richard Rosher           Arrearage on Petition Date: 38,529.00
   Address: 8730 SW 114th Street    Arrears Payment $ 653.03 /month (Months 1 to 59)
   Miami, FL 33176           Regular Payment $ 668.96 /month (Months 1 to 59)

Account No: Mortgage: Regina Remicci, 19800 SW 180th Ave, Lot 153, Miami, FL 33187

2. Miami-Dade County Stormwater Utility    Arrearage on Petition Date $ 750.25 at 8% interest
   Address: 701 NW 1st Court, Suite 400    Arrears Payment $ 17.80 /month (Months 1 to 59)
   Miami, FL 33136           Regular Payment $ ___ /month (Months __ to __)
   Account No: Account 6001283100

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $_____
   Payable    $_____/month (Months ____ to ____)  Regular Payment $_____

Unsecured Creditors: Pay $ 2,469.37 month (Months 60 to 60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
*Debtor surrenders any interest in secured creditor ISPC's Central Air Conditioning System (POC #2)
*The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Regina G. Remicci _____    _____
Debtor: Regina G. Remicci        Joint Debtor
Date: 09/01/2017            Date: _____

LF-31 (rev. 01/08/10)