UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  REGINA G. REMICCI,                               Case No. 17-17016-AJC
                                                         Chapter 13

        Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the following documents were served in the indicated manner:

**\*Debtor's Second Amended Chapter 13 Plan (DE 30),**
**\*Debtor's Notice of Compliance with Requirements for Amending Creditor Information (DE 29-1),**
**\*Notice of Chapter 13 Bankruptcy Case (DE 15-1), and**
**\*Debtor's Amended Schedules D and F (DE 29)**

    *On September 1, 2017, by electronic filing to:*

        Nancy K. Neidich
        e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

        Office of the US Trustee
        USTPRegion21.MM.ECF@usdoj.gov

    *On September 1, 2017, by U.S. Mail to:*

        The Independent Savings Plan Company
        ATTN:  Michael D. Ginsberg, Esq.
        1115 Gunn Hwy, Ste 100
        Odessa, FL 33556

**\*Debtor's Second Amended Chapter 13 Plan (DE 30),**

    *On September 1, 2017, by U.S. Mail to:*

        AFNI
        P.O. Box 3097
        Bloomington, IL 61702

        Code Enforcement, Clerk of Courts
        111 NW 1st Street, Ste 17-50
        Miami, FL 33128

Enhanced Recovery Company
PO BOX 57547
Jacksonville, FL 32241

Miami-Dade Clerk of Courts
Juvenile Division Information Unit
155 NW 3rd Street, Ste. 3300
Miami, FL 33128

Miami-Dade Clerk of Courts
Juvenile Division Information Unit
155 NW 3rd Street, Ste. 3300
Miami, FL 33128

Miami-Dade County Stormwater Utility
701 NW 1st Court
Miami, FL 33136

Nationwide Recovery Service
545 W. Inman Street
Cleveland, TN 37311

Richard Rosher
8730 SW 114th Street
Miami, FL 33176

Thomas Sander
17635 S. Dixie Hwy
Miami, FL 33157

TMobile by American Info Source LP, as Agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

DATED: September 1, 2017                    Respectfully Submitted,

                                            LEGAL SERVICES OF GREATER MIAMI, INC.
                                            */s/ Mandy L. Mills*_____
                                            Mandy L. Mills, Esq., Attorney for Debtor
                                            FBN: 0041654
                                            Legal Services of Greater Miami, Inc.
                                            4343 West Flagler Street, Suite 100
                                            Miami, Florida 33134
                                            Tel: (305) 438-2437 / Fax: (305) 438-2437
                                            MMills@legalservicesmiami.org