```
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF FLORIDA
                  www.flsb.uscourts.gov
                     Division: Miami
```

IN RE:                                    CASE NO. 17-17016-BKC-AJC
REGINA G. REMICCI,
         DEBTOR(S).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Order Continuing Trustee's Motion to Redirect Payment (ECF #48) dated April 3, 2018 (DE #60) was served through postage prepaid mail to the parties listed below on this 10th day of APRIL, 2018.

```
                              By: /s/_____
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027
                              (954) 443-4402
```

COPIES FURNISHED TO:

MANDY L. MILLS, ESQ. (NEF)

Richard Rosher
8730 SW 114th Street
Miami, FL 33176